UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

TYVANN BARNETT,

                      Defendant.

S5 18-CR-390-07 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court, after having accepted the defendant's waiver of his right to indictment on January 25, 2019, directs to the Clerk of Court to file the S5 Information, in lieu of a Waiver of Indictment.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 21, 2019
       New York, New York