UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                        :

UNITED STATES OF AMERICA,                 :

            -v-                                           :                      18-CR-390-07 (PAE)

TYVANN BARNETT,                               :                      <u>REVISED</u>
                                                              :              <u>SCHEDULING ORDER</u>
                                Defendant.               :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      Due to a scheduling conflict, IT IS HEREBY ORDERED that the time for the conference in this matter, scheduled for **March 11, 2021**, is changed from 11:00 a.m. to **11:30 a.m.** The will take place telephonically.

      SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 10, 2021
       New York, New York