UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
           -v-                                                    :      18-CR-390-07 (PAE)
                                                                        :
TYVANN BARNETT,                                                         :      <u>SCHEDULING ORDER</u>
                                                                        :
                                                                        :
                     Defendant.                                      :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic violation of supervised release sentencing in this case for **September 9, 2021** at **11:30 a.m.** The parties should submit their sentencing letters no later than noon on September 8, 2021. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at <u>https://www.nysd.uscourts.gov/hon-paul-engelmayer</u>. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

Dated: September 1, 2021　　　　　　　　　　　　*Paul A. Engelmayer*
　　　　New York, New York　　　　　　　　　　　PAUL A. ENGELMAYER
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge