UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

TYVANN BARNETT,

Defendant.

18-CR-390-07 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has been notified that Mr. Barnett did not surrender at Allentown as directed by the Court and that when Mr. Barnett attempted to surrender at the MDC Brooklyn, it was unprepared to receive him. At the risk of stating the obvious, the Court was not asked to and did not alter the location at which Mr. Barnett was to surrender. No person or entity had any business advising Mr. Barnett to surrender at a different location, and Mr. Barnett and his counsel had no business disregarding the Court's instruction as to the location of his surrender absent a court order altering that location.

The Court now directs Mr. Barnett to surrender by **2:00 p.m.** on **Wednesday, September 15, 2021**, to the **United States Marshal Service for the Southern District of New York**, 500 Pearl St. New York, NY 10007. Defense counsel is to assure that Mr. Barnett receives a copy of this order forthwith, and is to file a letter on ECF forthwith confirming that Mr. Barnett has received a copy of this order.

The Clerk of Court is requested to terminate the motion at Dkt. No. 560.

SO ORDERED.

                                                                                          _____
                                                                                          PAUL A. ENGELMAYER
                                                                                          United States District Judge

Dated: September 14, 2021
           New York, New York