UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

TYVANN BARNETT,

Defendant.

18-CR-390-07 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated at today's conference, the Court sets the following schedule, premised on the defendant's pleading guilty to specification(s) on June 11 and being prepared to proceed to sentencing that day:

- The defense's sentencing letter is due by **June 4, 2024**.
- The Government's sentencing letter is due by **June 6, 2024**.
- The next conference in this case is scheduled for **June 11, 2024** at **9:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 16, 2024
       New York, New York