

June 4, 2024

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *United States v. Tyvann Barnett,* Case No. 18-cr-00390-PAE-7

Dear Judge Engelmayer:

    On May 15, 2024, I was appointed to represent Tyvann Barnett as CJA counsel in connection with alleged violations of supervised release. Mr. Barnett is currently scheduled to appear before the Court on June 18, 2024 for a status conference or a plea and sentencing if the parties are able to reach a resolution. The alleged violations of supervised release relate to a state court matter in Pennsylvania, during which Mr. Barnett was shot by a police officer and in connection with which he entered a plea and served a sentence in Pennsylvania. We have received some records related to the state court proceeding and Mr. Barnett's medical treatment but are awaiting additional important records, which we hope to receive soon. Accordingly, we would respectfully request that the next conference be adjourned by two weeks to allow defense counsel additional time to receive and review the records. The Government has no objection to this request. Thank you for your consideration.

                                                Respectfully submitted,

                                               /s/ Kristen Santillo

                                               Kristen Santillo

Granted. The conference is hereby rescheduled to July 10, 2024 at 2 p.m.
SO ORDERED.

*[signature: Paul A. Engelmayer]*

PAUL A. ENGELMAYER
United States District Judge
June 4, 2024

Gelber & Santillo PLLC, 52 Duane Street, 7th Floor, New York, NY 10007
Tel: 212-227-4743 Fax: 212-227-7371